FOURTH DEPARTMENT, DECEMBER, 2011

(December 23, 2011)

■ LINDA S. MILLER, as Administratrix of the Estate of ERIC ROBERT SCOTT, Deceased, Respondent, v FREDERIKUS VAN ROON, Appellant. [934 NYS2d 730]—

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on June 6, 2011, and filed in the Monroe County Clerk's Office on July 18, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Martoche, JJ.